## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MICHAEL BOOMSMA**

*Plaintiff(s)*

v.

**Civil Case No. 24-6305**

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

*Defendant(s)*

## O R D E R

**AND NOW,** this 10th day of June, 2026, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**